Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

# UNITED STATES DISTRICT COURT

for the

Southern   District of  Mississippi

Eastern   Division

**FILED**

Nov 29 2023

ARTHUR JOHNSTON, CLERK

Virginia Ann Smith
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

City of Hattiesby Police Dept.
Briana Clark, Captian Johnson
Allen Ellis, Jacob Hiatt
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    2:23-cv-187-TBM-RPM
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Virginia Ann Smith |
| Address | 200 Tuscan Ave Apt A |
| | Hby / MS / 39401 |
| | *City*   *State*   *Zip Code* |
| County | Forrest |
| Telephone Number | 601 550 3892 |
| E-Mail Address | Bestgrannyever2023@icloud.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Hattresburg Police Dept. |
| Job or Title *(if known)* | |
| Address | 300 Klondyke Street |
| | Hattiesburg / MS / 39401 |
| | *City*   *State*   *Zip Code* |
| County | Forrest |
| Telephone Number | 601 544 7900 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Captain Johnson |
| Job or Title *(if known)* | Captain |
| Address | 300 Klondylce Street |
| | Hby / MS / 3401 |
| | *City*   *State*   *Zip Code* |
| County | Forrest |
| Telephone Number | 601 544 7900 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name                 Briana Clark
    Job or Title *(if known)*    Aminal Control
    Address            300 Klondyke Street
                        Hattieco tg    *City*    MS  *State*    39601  *Zip Code*
    County             Forrest
    Telephone Number    601 544 7900
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name                 Jacob Hiett
    Job or Title *(if known)*
    Address            300 Klondyke Street
                        Hby    *City*    MS  *State*    3901  *Zip Code*
    County             Forrest
    Telephone Number    601 544 7900
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☑ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Civil Rights Violations, Coster Deprivation of Rights, Morell, failure to intervene, Due Process, Infrigenest of my peace and injoyment in my home, illegal Siezre my property, recukless endangerment of my Animal

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each of the offices violated the civil process by Due process By assuming a letter that was on the door was correct thy tried to intimidate and threat to put me in jail allso thy Illegal siez my dog and told me that I abandon it and refused it Due to my landlord lost chang the lucks

**III.  Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

my apartment 200 Tuscan Ave Apt. A

B.  What date and approximate time did the events giving rise to your claim(s) occur?

Feb. 21, 2023 @ 9:20 nm

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The facts are that I was illegal evict and was waiting on the hig court to review it but my land lord chang the lucks ed lock my dog in there for 5 days I call them out here ad as for help by in sted thy disregaud protocool ad create a husting situw ad thay was the judge ad said I had no right to be here.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotin distress, Anxiety, not sleepy eati in fear for my freedom. I had to go to pine belt mental health as well as my P.C.P. Ductor

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am asky for 500000.00 for their Role in not dorg their job that we as tax payer pay them to do. I am also asky the court to apply puntin damages to teach them this that there are right ways to do things

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/20/2023

Signature of Plaintiff

Printed Name of Plaintiff    Virginia Ann Smith

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number
E-mail Address