UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

VIRGINA ANN SMITH                                                                PLAINTIFF

VERSUS                                                      CIVIL ACTION NO. 2:23-CV-187-RPM

CITY OF HATTIESBURG
POLICE DEPT. et al                                                              DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for a separate document pursuant to Federal Rule of Civil Procedure 58(a); and based on the Court's memorandum & opinion, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is dismissed with prejudice as to all claims raised in her original complaint and dismissed without prejudice as to new claims asserted in her amended complaint regarding apartment repairs, code enforcement, and law enforcement's response to a neighbor blocking Plaintiff's car.

SO ORDERED AND ADJUDGED, this the 8th day of September 2025.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE